U.S DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

SEP 24 2024

FILED

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO. |
| | ) | |
| v. | ) | CR124-055 |
| | ) | |
| MARGARET ANNE ASHBY | ) | 18 U.S.C. § 1924(a) |
| | ) | Unauthorized Removal and Retention of Classified Documents or Material |

THE UNITED STATES ATTORNEY CHARGES THAT:

### COUNT ONE
*Unauthorized Removal and Retention of Classified Documents or Material*
18 U.S.C. § 1924(a)

In or about February 2022 to May 2022, in Chatham County and Richmond County, within the Southern District of Georgia, and elsewhere, the Defendant,

**MARGARET ANNE ASHBY**,

being an officer, employee, contractor, or consultant of the United States, and by virtue of such office, employment, position, or contract, being possessed of documents or materials containing classified information of the United States, as defined in 18 U.S.C. § 1924(c), knowingly removed such documents or materials without authority and with the intent to retain such documents or materials at an unauthorized location.

All in violation of Title 18, United States Code, § 1924(a).

{Signatures on Following Page}

MA

|  |  |
|---|---|
|  | JILL E. STEINBERG<br>UNITED STATES ATTORNEY |
| 9/18/24<br>Date | *signature*<br>Tania Grover<br>Chief, Criminal Division |
| 9/18/24<br>Date | *signature*<br>AUSA L. Alexander Hamner<br>Indiana Bar No. 31996-41<br>Assistant United States Attorney |
| September 5, 2024<br>Date | *signature*<br>David J. Ryan<br>Trial Attorney<br>District of Columbia Bar No. 888325195<br>U.S. Department of Justice<br>National Security Division<br>Counterintelligence & Export Control Section |

MA