UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION: |
| | ) | 1:24-cr-00055 |
| | ) | |
| V. | ) | |
| | ) | |
| MARGARET ANNE ASHBY | ) | |
| Defendant | ) | |

**MOTION TO MODIFY CONDITIONS OF BOND**

COMES NOW the Defendant, MArgaret Anne Ashby, by and through her attorney, and respectfully requests that the Court modify the Defendant's Bond to allow her to go travel to Morrisville, NC to see her mother and family for the holiday season from December 5 through December 9, 2024. The Defendant entered a change of plea and is awaiting sentencing by the Court, which the Defendant anticipates will be set after the first of the year. The U.S. Attorney's Office indicated they would defer to Probation who indicated they have no opposition to this request.

This 20th day of November 2024

　/S/ Robert T. Homlar　
Robert T. Homlar
GA Bar Number: 364714
Attorney for Defendant

Robert T. Homlar P.C.
580 James Brown Blvd
Augusta, Georgia 30901
(706) 831-0859/ Fax (706) 432-1722
robert@homlarlaw.com
P.O. Box 1187
Augusta, Georgia 30903

## CERTIFICATE OF SERVICE

This is to certify that I have served the within and foregoing **MOTION TO MODIFY CONDITIONS OF BOND** upon all parties in interest in the matter through the following:

U.S. Attorney's Office
Augusta Division

This is done in accordance with ECF rules by the electronic filing of the foregoing with the Court of Court using the CM/ECF system.

This 20th day of November 2024

    /S/ Robert T. Homlar
Robert T. Homlar
GA Bar Number: 364714
Attorney for Defendant

Robert T. Homlar P.C.
580 James Brown Blvd
Augusta, Georgia 30901
(706) 831-0859/ Fax (706) 432-1722
robert@homlarlaw.com
P.O. Box 1187
Augusta, Georgia 30903