UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION: |
| | ) | 1:24-cr-00055 |
| | ) | |
| V. | ) | |
| | ) | |
| MARGARET ANNE ASHBY | ) | |
|     Defendant | ) | |

# [PROPOSED] ORDER GRANTING DEFENSE MOTION TO MODIFY CONDITIONS OF BOND

Defendant, Margaret Anne Ashby's Motion to Modify Conditions of Bond to travel to Morrisville, NC to see her mother and family for the holiday season from December 5 through December 9, 2024 is GRANTED. All pretrial release conditions shall apply during the trip. Defendant shall provide the probation officer with the street address where she will be staying, which will be her temporary residence during the travel period.

        So ORDERED this _____ day of November 2024.

_____
The Honorable J. Randal Hall
United States District Court Judge
Southern District of Georgia

Prepared: RTH