IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | CR124-055 |
| | ) | |
| MARGARET ANNE ASHBY | ) | |

## ORDER

Presently pending before the Court is the Defendant's motion to travel (Doc. 15). In the present motion, Defendant requests that she be allowed to travel to Morrisville, North Carolina from December 5, 2024 through December 9, 2024 for the purpose of visiting with her mother. After careful consideration, Defendant's motion is GRANTED (Doc. 15).

**IT IS HEREBY ORDERED** that the Defendant is allowed to travel Morrisville, North Carolina from December 4, 2024 through December 9, 2024.

**IT IS FURTHER ORDERED** that the Defendant notify the United States Probation Office immediately upon her return to the Southern District of Georgia.

**ORDER ENTERED** at Augusta, Georgia, this 22nd day of November, 2024.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA