UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. 1:24cr55** |
| | ) | |
| v. | ) | |
| **MARGARET ANNE ASHBY** | ) | |

**MOTION FOR LEAVE OF ABSENCE**

Now comes L. Alexander Hamner, Assistant United States Attorney, as counsel for the United States in the above-styled proceeding, and respectfully requests a leave of absence from the Court pursuant to Local Rule 83.9 for March 3, 2025, through March 7, 2025, inclusive.

Further, should this Honorable Court schedule a hearing during the above-referenced dates, the undersigned Assistant United States Attorney respectfully requests permission to have another Assistant United States Attorney handle the matter on behalf of the United States in the absence of the undersigned Assistant United States Attorney.

WHEREFORE, the undersigned Assistant United States Attorney respectfully requests that this Honorable Court GRANT its Motion for Leave of Absence for the above-stated dates.

This 7th day of February 2025.

*Signature and Certificate of Service on the Following Page*

        Respectfully submitted,

        TARA M. LYONS
        ACTING UNITED STATES ATTORNEY


        ***/s/ L. Alexander Hamner***
        L. Alexander Hamner
        Assistant United States Attorney
        Indiana Bar. No. 31996-41

Post Office Box 8970
Savannah, Ga. 31412
Telephone Number: 912-652-4422

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 7th day of February 2025.

                                              Respectfully submitted,

                                              TARA M. LYONS
                                              ACTING UNITED STATES ATTORNEY

                                              ***/s/ L. Alexander Hamner***
                                              L. Alexander Hamner
                                              Assistant United States Attorney
                                              Indiana Bar. No. 31996-41

Post Office Box 8970
Savannah, Ga. 31412
Telephone Number: 912-652-4422