UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 1:24cr55 |
| | ) | |
| MARGARET ANNE ASHBY | ) | |

## ORDER

Application for leave of absence has been requested by L. Alexander Hamner, Assistant United States Attorney, for March 3, 2025, through March 7, 2025, inclusive, in the above-referenced case.

The above and foregoing request for leave of absence is approved; however, the attorney must make arrangements for other counsel in the event the case is scheduled for a hearing or trial during such leave.

So ORDERED this _____ day of February 2025.

_____
JUDGE J. RANDALL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA