# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO. 1:24-CR-55** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MARGARET ANNE ASHBY** | ) | |

### GOVERNMENT'S MOTION TO CONTINUE HEARING

Now comes the United States of America, by and through Tara M. Lyons, Acting United States Attorney for the Southern District of Georgia, and hereby respectfully moves the Court to continue the sentencing hearing currently scheduled for March 5, 2025, at 11:00 a.m., showing the Court as follows:

1. Counsel for the Government is scheduled for out-of-district business travel/training to begin on Monday, March 3, 2025, through Friday, March 7, 2025, in Columbia, South Carolina.

2. This request for a continuance is made in the interest of justice and not for the purpose of undue delay.

WHEREFORE, based upon the foregoing, counsel for the Government respectfully moves this Court to enter an Order continuing the sentencing hearing.

This 11th day of February 2025.

                                           TARA M. LYONS
                                           ACTING UNITED STATES ATTORNEY

                                           ***/s/ L. Alexander Hamner***

                                           L. Alexander Hamner
                                           Assistant United States Attorney
                                           Indiana Bar No. 31996-41

## **CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 11th day of February 2025.

TARA M. LYONS
ACTING UNITED STATES ATTORNEY

*/s/ L. Alexander Hamner*

L. Alexander Hamner
Assistant United States Attorney
Indiana Bar. No. 31996-41

Post Office Box 8970
Savannah, Georgia 31412
Telephone Number: 912-652-4422