IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| V. | ) | 1:24cr055 |
| | ) | |
| MARGARET ANNE ASHBY | ) | |

ORDER

The Government having filed a motion to continue sentencing hearing in the above matter, showing the Court that the hearing currently scheduled for March 5, 2025 should be continued for good cause, the present motion (Doc. 24) is hereby GRANTED.

The sentencing hearing in the captioned matter is hereby continued until such time as rescheduled by the court.

SO ORDERED this 12th day of February, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA