UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

CRIMINAL CASE NO. CR 124-055   DATE: 03/26/2025

USA v. Margaret Anne Ashby   TIME: 957am - 1025am

JUDGE: Honorable J. Randal Hall   COURTROOM DEPUTY: Lisa Widener

COURT REPORTER: Lisa Davenport   INTERPRETER: —

ATTORNEY(S) FOR THE GOVERNMENT: Louie A. Hamner

ATTORNEY(S) FOR THE DEFENDANT: Robert Hamlar

PROBATION OFFICER: Joseph Brown / Evan Howard

DEFENDANT SENTENCED ON COUNT(S): One

- **Y** PSI reviewed in full
- **N** Objections to factual basis
- **N** Objections to Guideline Calculations
- **N** Changes ordered
- **N** Factual Witness
- **Y** Statement by Counsel
- **Y** Statement by Defendant
- ___ Appeal rights of defendant explained/waived

Custody: 36 months
Supervised Release: 3 years
**Y** Standard and Special Conditions of Release to be explained by USPO and a written to be provided to defendant
Probation: —
Fine $ -0-
Restitution $ 15,000.00
AVAA Sp. Assessment $ —
Special Assessment $ 100.00
Community Service: 40 hours within 12 months of release

Facility requested/recommended: Victorville, CA

Defendant remanded —
Voluntary surrender 06/02/2025 by 2:00pm
Departure from guidelines: Variance

Dismiss Count(s) —
Plea agreement accepted Y
Upward ___ Downward ✓