July 9, 2024
Student Name: Ashby, Margaret Anne                                      Student No:  8599244
William Amos Hough High                                                 School No:   600312

William Amos Hough High School
12420 Bailey Rd
Cornelius, NC 28031-9134
(980) 344-0514
Official NC Transcript

07/09/2024

## STUDENT INFORMATION

| | |
|---|---|
| Name: Ashby, Margaret Anne | Student No: 8599244 |
| Address: 13630 Cotesworth Ct | Birthdate: 01/02/1998 |
| Huntersville, NC 28078 | Sex: Female |
| (704) 929-5313 | Graduation Date: 06/14/2016 |
| Contacts: Ashby, Kenneth | Course Of Study: Future Ready Core |
| Ashby, Laura | Endorsement(s)*: Yes |
| | CTE Concentrator**: |
| | Math Rigor: Yes |

## SCHOOL INFORMATION

| | |
|---|---|
| Principal: David Farley | School No: 600312 |
| (980) 344-0514 | Accreditation: SA |
| L.E.A.: Charlotte-Mecklenburg Schools | College Board Code: 340918 |
| (980) 343-6270 | |

## CREDIT HISTORY

| Course Code | Course | Mark | Weighted | Unweighted | Earned Credits | Flags |
|---|---|---|---|---|---|---|
| **Grade: 8** | **2011/12** | | | | | |
| 20232Z90 | Algebra I (HS Cred) | B | | | 1.00 | EU |
| **Grade: 9** | **2012/13** | | | | | |
| 90112000 | Health/PE | A | 4.000 | 4.000 | 1.00 | U |
| 30205000 | Honors Biology | B | 4.000 | 3.000 | 1.00 | U |
| 40245000 | Honors World History | B | 4.000 | 3.000 | 1.00 | U |
| 10215000 | Honors English I | A | 5.000 | 4.000 | 1.00 | U |
| 20305000 | Honors Geometry | A | 5.000 | 4.000 | 1.00 | U |
| 64172000 | Microsoft Word, Powerpoint & Publisher | A | 4.000 | 4.000 | 1.00 | |
| 52425800 | Symphonic Orchestra (Proficient) | A | 5.000 | 4.000 | 1.00 | |
| 53152800 | Theatre Arts (Beginning) | A | 4.000 | 4.000 | 1.00 | |
| **Grade: 10** | **2013/14** | | | | | |
| 34205X0 | Chemistry Honors / Honors Chemistry I | C | 3.000 | 2.000 | 1.00 | U |
| 23015X0 | MATH III HONORS / Honors Common Core Math III | A | 5.000 | 4.000 | 1.00 | U |
| 31107X0 | AP ENVIRONMENTAL SCIENCE / AP Environmental Science | B | 5.000 | 3.000 | 1.00 | U |
| 42095X0 | Amer His: Found Prin, Civ & Econ Honors / Honors Civics & Economics | A | 5.000 | 4.000 | 1.00 | U |
| 11412X0 | Spanish I | B | 3.000 | 3.000 | 1.00 | U |
| 52425X0 | Orchestra (Proficient) Honors / Symphonic Orchestra (Proficient) | A | 5.000 | 4.000 | 1.00 | |
| 53162X0 | Theatre Arts (Intermediate) | A | 4.000 | 4.000 | 1.00 | |
| 10225X0 | English II Honors / Honors English II | A | 5.000 | 4.000 | 1.00 | U |
| **Grade: 11** | **2014/15** | | | | | |
| 10235X0 | English III Honors / Honors English III | A | 5.000 | 4.000 | 1.00 | U |
| 24002X0 | Adv Functions and Modeling / Adv Functions & Modeling | A | 4.000 | 4.000 | 1.00 | U |
| 42027X0 | AP US Government and Politics / AP United States Government and Politics | A | 6.000 | 4.000 | 1.00 | U |
| 43077X0 | AP United States History | B | 5.000 | 3.000 | 1.00 | U |
| 43107X0 | AP World History | A | 6.000 | 4.000 | 1.00 | U |
| 52435X0 | Orchestra (Advanced) Honors / Chamber Orchestra (Advanced) | A | 5.000 | 4.000 | 1.00 | |
| BP102X0 | Computer Programming I | A | 4.000 | 4.000 | 1.00 | |
| 11422X0 | Spanish II | B | 3.000 | 3.000 | 1.00 | U |
| **Grade: 12** | **2015/16** | | | | | |

July 9, 2024
Student Name: Ashby, Margaret Anne
William Amos Hough High

Student No: 8599244
School No: 600312

| Course | | Mark | Weighted | Unweighted | Earned Credits | Flags |
|---|---|---|---|---|---|---|
| 4A017X0 | AP European History | 94 | 6.000 | 4.000 | 1.00 | U |
| 4A027X0 | AP Human Geography | 93 | 6.000 | 4.000 | 1.00 | U |
| 4A057X0 | AP Psychology | 88 | 5.000 | 3.000 | 1.00 | U |
| 52435X0 | Orchestra (Advanced) Honors / Chamber Orchestra (Advanced) | 98 | 5.000 | 4.000 | 1.00 | |
| 10252X0 | ELA Local Elective / Creative Writing | 99 | 4.000 | 4.000 | 1.00 | |
| 10245X0 | English IV Honors / Honors English IV | 95 | 5.000 | 4.000 | 1.00 | U |
| 11435X0 | Spanish III Honors / Honors Spanish III | 93 | 5.000 | 4.000 | 1.00 | U |

**UNIVERSITY OF NORTH CAROLINA BOARD OF GOVERNORS**
**MINIMUM COURSE REQUIREMENTS REMAINING**
No Requirements Remaining

**PERFORMANCE INFORMATION**

Cumulative GPA Total Points are Calculated as of the end of 07/09/2024
Cumulative GPA Weighted:      4.6250         Total Points Weighted:           148.0000
Cumulative GPA Unweighted:    3.7188         Total Points Unweighted:         119.0000
Class Rank as of 06/28/2016:  72 out of 593  Total GPA High School Credits: 32.000   Potential: 32.000
                                             Total Credits Toward Graduation:         33.000

**TESTING INFORMATION**

| Test Name / Score Name | Score | Test Date |
|---|---|---|
| **CPR** | | 05/08/2012 |
| CPR_Pass_Fail | P | |
| **AlgebraI End of Course** | | 06/01/2012 |
| AlgebraI_EOC_Pass/Fail | | |
| AlgebraI_EOC_Achievement_Level | IV | |
| AlgebraI_EOC_Met_Exit_Standard | | |
| AlgebraI_EOC_Scale | 161 | |
| AlgebraI_EOC_Percentile | 83 | |
| **Biology End of Course** | | 01/01/2013 |
| Biology_EOC_Achievement_Level | III | |
| Biology_EOC_Percentile | 84 | |
| Biology_EOC_Scale | 260 | |
| **Microsoft Word, Power Point & Pub** | | 06/05/2013 |
| Microsoft_Word_PowerPoint_Pub_Scale | 96 | |
| **English II End of Course** | | 06/01/2014 |
| EnglishII_EOC_Percentile | 98 | |
| EnglishII_EOC_Scale | 168 | |
| EnglishII_EOC_Achievement_Level | V | |
| **Computer Programming I** | | 06/02/2015 |
| Computer_Programming_I_Scale | 95 | |

**\* ENDORSEMENT DETAILS**
College
College/UNC
NC Academic Scholar

**CURRICULUM RELATED WORK EXPERIENCE**
No Data For Student

**AWARD/ACHIEVEMENTS AND EXTRA-CURRICULAR ACTIVITIES**
No Data For Student

Signature of Principal or Designee Certifying This Transcript
Name: _Gracia DaCunha Neto_  Date: 7/8/2024